UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PUES FAMILY TRUST IRA, BY MICHAEL PUES,     Index No.: 11-CV-05537
EXECUTOR OF THE ESTATE,

                     Plaintiff,     **PLAINTIFF'S PROPOSED JUDGMENT**

          -against-

PARNAS HOLDINGS INC. and LEV PARNAS,
INDIVIDUALLY,

                     Defendants.
-----------------------------------------------------------------------X

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 28 2016 ★
LONG ISLAND OFFICE

This action having been commenced on November 14, 2011 by the filing of the Summons and Complaint, and having been tried before this court on April 27, 2015, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

That as it pertains to Plaintiff's causes of action sounding in fraudulent inducement of contract, conversion, fraud, and unjust enrichment, these claims are hereby dismissed;

That as it pertains to Plaintiff's cause of action sounding in breach of contract, judgment is hereby granted in favor of Plaintiff in the amount of $350,000.00; and it is

ORDERED, ADJUDGED, AND DECREED that Plaintiff have judgment against Defendants in the amount of $350,000.00 with interest at 9% pursuant to C.P.L.R. § 5004 from March 17, 2011, amounting to $508,734.70 [~~$531,107.38~~], plus costs and disbursements of this action in the amount of $1,700, amounting in all to $ 510,434.70.

Case closed.

Dated: New York, New York

       3/28 , 2016

                                  s/ Arthur D. Spatt
                                  _____
                                  United States District Judge